UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:13-cv-149-RJC

| | |
|---|---|
| RANDALL GALLOWAY, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration, | ) |
| Defendant. | ) |

**THIS MATTER** comes before the Court on Plaintiff's Motion for Attorney's Fees, (Doc. 13), and Defendant's Response (Doc. 15). In the motion, Plaintiff contends that he is entitled to attorney's fees under 28 U.S.C. § 2412(d), which provides for an award of attorney's fees in certain cases where a party prevails against the United States in a federal proceeding. The Defendant submitted a response in which it stated that it did not oppose the award of attorney's fees in this case.

The Court has reviewed the briefs of the parties and finds that the Plaintiff has established that he is entitled to attorney's fees under 28 U.S.C. § 2412(d). For the reasons outlined in the parties' briefs, the Court **GRANTS** Plaintiff's Motion for Attorney's Fees (Doc. 13).

**IT IS, THEREFORE, ORDERED** that Plaintiff's Motion for Attorney's Fees, (Doc. No. 13), is **GRANTED.** Plaintiff shall be awarded the amount of three thousand, eighty-one dollars and thirty-six cents ($3,081.36). However, such award is subject to offset through the Treasury Department's Offset Program to satisfy any pre-existing debt Plaintiff may owe to the

government.

Signed: March 14, 2014

Robert J. Conrad, Jr.
United States District Judge